1  MORGAN, LEWIS & BOCKIUS LLP
   Catherine N. Hounfodji, AZ State Bar No. 027389
2  catherine.hounfodji@morganlewis.com
   1000 Louisiana Street, Suite 4000
3  Houston, TX 77002
   Tel:   +1.713.890.5000
4  Fax:   +1.713.890.5001

5  Attorneys for Defendant
   TTEC SERVICES CORPORATION
6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE DISTRICT OF ARIZONA**

10

11

12 | **David Barocas**, individually and on behalf of all others similarly situated, | Case No. 2:22-cv-00217-ROS |
13 | | |
14 |                       Plaintiff, | *Assigned to Honorable Roslyn O. Silver* |
15 |                       vs. | **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION TO STAY CASE DEADLINES** |
16 | **TTEC Services Corporation**, et al., | |
17 |                       Defendant. | |
18 | | Complaint Filed: February 9, 2022 |

19

20      In accordance with LRCiv 40.2(d), Plaintiff David Barocas ("Plaintiff"), together

21 with TTEC Services Corporation ("Defendant," and, together with Plaintiff, the

22 "Parties"), by and through their attorneys, are pleased to advise the Court that they have

23 reached a settlement in principle of this case on a class-wide basis that will resolve all

24 claims.  In light of the settlement, the parties respectfully submit and stipulate that all

25 pending case events and deadlines should be stayed while the settlement is finalized and

26 approved in a related action in another court (the "Stipulation"), after which this case

27 will be dismissed with prejudice.  Thus, in accordance with this Stipulation, the Parties

28 respectfully request that the Court stay all deadlines—including the upcoming

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
HOUSTON

1
JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND
STIPULATION TO STAY CASE DEADLINES

August 26, 2022, deadline for Defendant's response to Plaintiff's Complaint. In support of this Stipulation, the Parties state as follows:

1. On February 9, 2022, Plaintiff filed his complaint in the above-captioned action. [Doc. 1.]

2. This proposed class action matter is one of a number of civil actions arising from the same data security incident at TTEC Services Corporation.

3. There are related class action cases pending in Colorado and California that have been initiated by multiple plaintiffs represented by different law firms.

4. On April 27, 2022, the Court granted the Parties' request and extended Defendant's response deadline to May 26, 2022. [Doc. 14.]

5. On May 16, 2022, the Court granted the Parties' second request for an extension to August 26, 2022, allowing the Parties to participate in the mediation scheduled with experienced mediator Bennett G. Picker. [Doc. 18.]

6. On July 27, 2022, the Parties participated in a mediation session with Bennett G. Picker. In that session and through some follow-up communications, the Parties reached a settlement in principle that will resolve all pending litigation related to the incident on a class-wide basis. The settlement in principle includes the Plaintiff in this case as well as the plaintiffs in the Colorado and California actions, *Beasley v. TTEC Services Corp.*, 1:22-cv-00097-PAB-NYW (D. Colo.) and *Lett v. TTEC Services Corp.*, 3:22-cv-00018-SK (N.D. Cal.).

7. The Parties expect to seek preliminary and final approval of the settlement in the related case filed in the District of Colorado because multiple cases have already been consolidated there for case management purposes, TTEC is incorporated and headquartered in Colorado, a substantial part of the alleged events giving rise to plaintiffs' claims in all actions occurred in Colorado, and the incident involved TTEC employees, many of whom are located in Colorado. Accordingly, the Parties intend to file a Notice of Settlement in the Colorado action which will request leave for Plaintiff to file a motion for preliminary approval of a Settlement Agreement in that Court. The

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Houston

2
Joint Notice of Settlement in Principle and
Stipulation to Stay Case Deadlines

motion will propose additional deadlines as required by Rule 23, including for notice, an opportunity for the class members to object for opt out, and a final approval hearing.

8. Given that the Parties have agreed to the settlement in principle, which will require approval by another court, the Parties jointly request that this Court stay all pending case events and deadlines while the settlement is finalized and approved. The stay will allow time for the filing, notice, and final approval of the class-wide settlement by the court in *Beasley v. TTEC Services Corp.*, 1:22-cv-00097-PAB-NYW (D. Colo.), which will resolve this action.

9. The stay requested herein is for good cause and is not for purposes of delay or other improper purpose. It is merely to allow the Parties to completely resolve all cases arising from this data security incident, while conserving the resources of the parties and the Court. Accordingly, the Parties' Stipulation will not prejudice the orderly administration of this matter.

WHEREFORE, Plaintiff David Barocas and Defendant TTEC Services Corporation respectfully request that the Court enter this Stipulation staying all case events and deadlines while the settlement is finalized and approved.

Dated: August 22, 2022

MORGAN, LEWIS & BOCKIUS LLP

By */s/ Catherine N. Hounfodji*
Catherine N. Hounfodji
1000 Louisiana Street
Suite 4000
Houston, TX 77002

*Attorneys for Defendant*
*TTEC Services Corporation*

| | | |
|---|---|---|
| 1 | Dated: August 22, 2022 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |

By  */s/ Rachele R. Byrd*
  Betsy C. Manifold
  Rachele R. Byrd
  Oana Constantin
  750 B Street, Suite 1820
  San Diego, CA 92101

CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORP.
M. Anderson Berry
Gregory Haroutunian
865 Howe Avenue
Sacramento, CA 95825

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2022, I electronically filed the above with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ *Catherine N. Hounfodji*
Catherine N. Hounfodji

5
JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND
STIPULATION TO STAY CASE DEADLINES

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
HOUSTON